CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

VAHE KHOJAYAN (SBN: 261996)
vahe@lawyer.com
KG LAW, APC
1010 N, Central Ave. Ste. 450
Glendale, CA 91202
Telephone: (818) 245-1340
Facsimile: (818) 245-1341
Attorney for Defendants
Barseg Unjian and Mari Unjian

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>         Plaintiff,<br><br>v.<br><br>BARSEG UNJIAN, in individual and representative capacity as trustee of the Unjian B&M Living Trust; MARI UNJIAN, in individual and representative capacity as trustee of the Unjian B&M Living Trust; DREAMS OIL COMPANY, INC., a California Corporation; and Does 1-10,<br><br>         Defendants. | Case: 2:16-CV-04875-BRO-JEM<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 14, 2017         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: March 14, 2017         KG LAW, APC

By: /s/ Vahe Khojayan
Vahe Khojayan
Attorney for Defendants
Barseg Unjian and Mari Unjian

IT IS SO ORDERED.

DATED: March 15, 2017

UNITED STATES DISTRICT JUDGE